IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JAMAREE R. JAMES,

      Plaintiff,

v.

TRANSUNION LLC,

      Defendant.

Case No. 1:23-cv-03600-JPB

**JOINT STIPULATION OF DISMISSAL
WITH PREJUDICE OF TRANS UNION LLC ONLY**

TO THE HONORABLE JUDGE J. P. BOULEE:

Plaintiff Jamaree R. James and Defendant Trans Union LLC hereby respectfully file this Stipulation of Dismissal with Prejudice, and in support thereof would respectfully show the Court as follows:

There are no longer any issues in this matter between Jamaree R. James and Trans Union LLC to be determined by this Court. Plaintiff and Trans Union LLC hereby stipulate that all claims and causes of action that were or could have been asserted against Trans Union LLC are hereby dismissed with prejudice, with court costs and attorneys' fees to be paid by the party incurring same.

Entered as dismissed pursuant to Rule 41(a)(1)(i)(ii), F.R.C.P.
KEVIN P. WEIMER, Clerk
By: _N. Bowen-Haider_
Deputy Clerk
Date: _2/13/2024_

1

6856939.1

| | |
|---|---|
| */s/ Jamaree R. James* | */s/ Paul W. Sheldon* |
| Jamaree R. James | Paul W. Sheldon |
| jamaree.rjames@gmail.com | Georgia Bar No. 947098 |
| 6470 Saint Mark Way | psheldon@qslwm.com |
| Fairburn, GA 30213 | QUILLING, SELANDER, |
| (678) 775-9078 | LOWNDS, |
| ***Pro Se Plaintiff*** | WINSLETT & MOSER, P.C. |
| | 6900 N. Dallas Parkway, Suite 800 |
| | Plano, Texas 75024 |
| | (214) 560-5453 |
| | (214) 871-2111 Fax |
| | ***Counsel for Trans Union LLC*** |

## <u>LOCAL RULE 5. 1 CERTIFICATION</u>

I hereby certify that the above Joint Stipulation of Dismissal with Prejudice of Trans Union LLC Only has been prepared in Times New Roman 14-point font in accordance with Local Rule 5.1.

*/s/ Paul W. Sheldon*
**PAUL W. SHELDON**

6856939.1

# CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2024, I filed the foregoing with the Clerk of the Court using the Court's E-Filing system and have mailed by electronic mail and United States Postal Service the above and foregoing document to the following:

Jamaree R. James
jamaree.rjames@gmail.com
6470 Saint Mark Way
Fairburn, GA 30213
(678) 775-9078
*Pro Se Plaintiff*

                                                 */s/ Paul W. Sheldon*
                                               **PAUL W. SHELDON**